IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN JOHNSON, § | |
| Plaintiff, § | |
| § | |
| v. § | USDC NO. 3:18-CV-0349-M-BK |
| § | USCA NO. 18-10887 |
| SHERIFF CHARLES EDGES, § | |
| Defendant. § | |

**RECOMMENDATION REGARDING IN FORMA PAUPERIS ON APPEAL**

Before the Court is Plaintiff's motion to proceed *in forma pauperis* on appeal.  Doc. 17. Upon consideration of the motion, the relevant portions of the record, and the applicable law, the motion to proceed *in forma pauperis* on appeal should be **DENIED**.  Plaintiff did not comply with the Court's July 16, 2018 *Electronic Order and Notice of Deficiency*, which required him to file by August 14, 2018, a motion to proceed *in forma pauperis* on appeal on the appropriate form and with a certificate of inmate trust account.  Doc. 18.  In addition, this Court previously certified that any appeal in this case would not be taken in good faith.  Doc. 11.

**SO RECOMMENDED** August 29, 2018.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE