AIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN JOHNSON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-349-M-BK |
| | § | |
| CHARLES EDGES, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the deadline for filing Plaintiff's notice of appeal under Fed. R. App. P. 4(a)(5) is extended based on excusable neglect and good cause and that his notice of appeal is deemed timely filed.

The Clerk of the Court is directed to return this case to the United States Court of Appeals for the Fifth Circuit for further proceedings, as may be appropriate.

SO ORDERED this 5th day of February, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE